```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03341
   RONALD M EVANS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5447

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/14/2008 and was not confirmed.

     The case was dismissed without confirmation 04/09/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
OPTION ONE MORTGAGE      NOTICE ONLY     NOT FILED          .00           .00
OPTION ONE MORTGAGE      CURRENT MORTG         .00          .00           .00
OPTION ONE MORTGAGE      MORTGAGE ARRE    64478.03          .00           .00
TENNEY & BENTLEY         UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO WATER DE UNSECURED       NOT FILED          .00           .00
ENGRID JONES             NOTICE ONLY     NOT FILED          .00           .00
CAROLO MCCULLUM          NOTICE ONLY     NOT FILED          .00           .00
ANTONIA STATON EVANS     NOTICE ONLY     NOT FILED          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                        198.36

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    198.36

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                          198.36
                       --------------           --------------
TOTALS                     198.36                      198.36




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03341 RONALD M EVANS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE